UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


RAFAEL FONTANEZ,
                    Petitioner

v.                                          CA 04-30007-MAP


UNITED STATES OF AMERICA,
                    Respondent


ORDER

January 9, 2004

PONSOR, D.J.

 Before the Court is a petition filed pursuant to 28 USC 2255. It is hereby ordered that the Clerk serve a copy of said petition on the United States Attorney and that the respondent file a response to the petition within thirty(30) days of the date of this Order.

 It is so ordered.


     /S/Michael A. Ponsor
      United States District Judge