**EXHIBIT A**

Case 3:04-cv-30007-MAP    Document 5-2    Filed 02/05/2004    Page 1 of 10

I

## SWORN AFFIDAVIT OF TRUTH

I, Anthony Bledsoe states that the truths contained hereinafter are true, correct, complete, certain, not misleading, to the best of my knowledge, in my capacity of unlimited commercial liability, having first hand personal knowledge and belief, competent to be a witness, knowing the penalty of perjury pursuant to the laws of these several states in Union, so help me God.

I, Anthony Bledsoe states: In commerce truth is sovereign. Therefore, this "Sworn Affidavit of Truth" will stand as truth in commerce if not rebutted.

Executing and staking of the lawful claim of Anthony Bledsoe, herein referenced as "Affiant," in accordance with this Sworn Affidavit of Truth.

Affiant freely admitts that Ralphael Fontanez was not involved in any disturbution or conspiracy or had any association with affiant in the dealings of drugs on August 20, 1998, September 8, 1998, and October 6, 1998.

Anthony Bledsoe, affiant

J u r a t

State of Massachusetts    )
                          )
                          ) ss: Ayer
                          )
County of Middlesex       )

Subscribed and sworn to at Ayer before me this 11th day of May 2001.

Notary Public _Carmen Alvidrez_

My Commission Expires _April 14, 2004_

WITNESS my hand and official seal.

Carmen Alvidrez

**EXHIBIT B**

II

## AFFIDAVIT

COPY

I, Christy Torres, do swear to relate the following facts completely and truthfully, to the best of my ability, under the penalty of perjury.

I have known Rafael Fontanez since 1991. Since then we maintained a consensual relationship that produced two children. We have shared a mutual and personal friendship.

In December of 1998, I received a collect phone call from Rafael Fontanez who asked me to make a three-way call to Larry's home phone number, as a favor to Ice ( Anthony Bledsoe ). At that time Anthony took the phone and gave me the home phone number of his cousin, Larry. I called that number and Anthony spoke to someone who told him that Larry was not at home, he may be at the store.

At that time Anthony asked me to call Edwin. I dialed Edwin, on his cell phone, and Edwin joined in conversation with Anthony. I heard Anthony ask Edwin to go to the store because he had something important to discuss with Larry. Edwin said he was in his car and he would go get Larry.

A few minutes later Edwin said that he sees Larry and shortly passed him the cell phone. Larry came on the phone and said hello to Anthon. During the conversation I heard Anthony and Larry discuss different names and details of the case against Anthony, and others. My focus was heightened when Anthony told Larry, in response to a question about Rafael by Larry

> "Nothing should happen, he should be let free, because he has nothing
> to do with my sh__(expletive).This is my problem, he was just with
> me doing me a favor, giving me a ride, so he better be going home".

Shortly thereafter, the conversation between Anthony and Larry ended. At which this time Rafael came back on the phone and we had a short conversation. I contacted Joseph Bernard, prior to trial to relate these admissions and the possibility of their use at trial. At no time did Joseph Bernard discuss with me about the possibility of submitting an affidavit or my testimony at a trial. I swear that the above facts are truth and nothing but the truth.

Christy Torres

## JURAT

Sworn to before me that the facts herein are true, correct, complete, and not misleading to the best of her knowledge and understanding.

1

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 6TH DAY
OF Aug IN THE YEAR 2002

SEAL

Witness my hand and official seal:

Commission: _____

Notary: _____ Exp 12/27/2007

2

**EXHIBIT C**



## AFFIDAVIT

I, Edwin Santana, do make the following statements of fact under the penalty of perjury, related to this matter as follows:

I have known Rafael Fontanez since, approximately 1991. Since that time we have maintained a mutual friendship and social acquaintances. In December 1998, while in my vehicle driving through Springfield, Massachusetts, I received a call on my cellular phone from Christy Torres. Christy is known to me as the former girlfriend of Rafael Fontanez.

Christy informed me that she had "Ice" (Anthony Bledsoe) on the phone and it was a three-way call. Anthony asked me to find his cousin whose name is Larry, because he needed to speak to him. I went to his place of business and told him that his cousin Anthony was on the phone and wanted to speak with him about something important.

I handed Larry the cellular phone so he could speak to his cousin Anthony. While I was standing next to Larry he asked his cousin, "… you said that Ralphy, Jet, cousin Larry are innocent, so why are they still in jail".

The conversation lasted approximately 10 minutes from the time I handed Larry the cellular phone, until he handed it back to me. At that time I asked Larry was everything alright, because I overheard him say, that Ralphy (Rafael Fontanez) was innocent, to which he replied, " that's what Anthony said".

I contacted Joseph Bernard, at his office to let him know that I was willing to relate these facts to the court by testimony or affidavit. At no time thereafter did counsel contact me relative to this legal matter. I make this statement of my own free will and state that above facts are true.

_8-18-03_
Edwin Santana

1

## JURAT

Sworn to before me that the facts herein are true, correct, complete and not misleading to the best of his knowledge and understanding.

Witness my hand and official seal: _expires 6/26/2009_

SEAL                    Commission: _____

                    Notary: _Carol B. Sullivan_

Subscribed to and sworn before me
this _15th_ day of _August_ _2003_
_Carol B. Sullivan_
CAROL B. SULLIVAN, Notary Public
My commission expires June 26, 2009

2

**EXHIBIT D**

# AFFIDAVIT



**In Re:** UNITED STATES V. RAFAEL FONTANEZ,
Cr.  No:    98-30041-MAP


I, Larry Finney, do swear that the making of this affidavit, is being done on my own free will, without any coercion on anyone's part and under the penalty of perjury, state the following facts.

I have known Rafael Fontanez since 1998, as being the owner of Shear Perfections Barber Shop. A shop where I had regularly received haircuts, located in the Mason Square area, in Springfield, Massachusetts.

In December of 1998, I received a call from my cousin Larry, who explained a conversation which took place between him and our other cousin Anthony Bledsoe. Larry stated that part of Anthony's conversation was in declaring the innocence of Rafael, someone else, and of myself from the charges of our individual cases.

I forwarded the above facts, around December of 1999, to Rafael Fontanez personally, when we found ourselves living in the same housing unit in Ludlow House of Correction, as we were both awaiting trial. Due to the exculpatory nature of the above facts, I expressed my willingness to provide oral or written testimony of these facts. At no time, after this occurrence, did I ever receive contact from Rafael Fontanez's attorney in regards to this matter.


Respectfully submitted,

Larry D. Finney

Larry Finney


JURAT

Sworn to before me that the facts herein are true, correct, complete and not misleading to the best of his knowledge and understanding.


Witness my hand and official seal:

SEAL

Commission: _____ 1-13-2006 _____

Notary: _____

ANGEL COTTO
Notary Public
My Commission Expires
January 13, 2006