UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAFAEL FONTANEZ )
 )
 )
         V. ) CA. NO. 04-30007-MAP
 )
UNITED STATES OF AMERICA )

GOVERNMENT'S MOTION TO
CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S
PETITION FILED PURSUANT TO 28 U.S.C. § 2255

The United States of America, by and through its undersigned attorneys, moves that this Court grant the Government an extension of time within which to file its Response to Defendant's § 2255 Petition which is currently due February 9, 2004. The government requests until March 9, 2004, to file its response.

In support of its motion, the government states that on February 5, 2004, it received from the defendant additional pleadings which need to be reviewed prior to completing its response.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TODD E. NEWHOUSE
William M. Welch, II
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

1

Hampden, ss.	Springfield, Massachusetts
	February 6, 2004

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to the pro se defendant, Rafael Fontanez, Reg. No. 90455-038, FCI Fort Dix, P.O. Box 7000 West, Ft. Dix, New Jersey 08640.

                                          TODD E. NEWHOUSE
                                          Assistant U.S. Attorney