# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

RAFAEL FONTANEZ,

  Petitioner

          v.                   CIVIL ACTION NO. 3: 04-30007-MAP

UNITED STATES OF AMERICA,

  Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent United States of America, against the petitioner Rafael Fontanez, pursuant to the court's memorandum and order entered this date, denying the petitioner's motion to vacate, set aside or correct sentence.

                                         TONY ANASTAS,
                                         CLERK OF COURT

Dated:  June 18, 2004                   By  /s/ *Maurice G. Lindsay*
                                                          Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                [jgm.]