Rafael Fontanez
Rn: 90455-038
Federal Correction Facility
P.O. Box 7000 West
Ft. Dix, New Jersey 08640



June 25, 2004

United States District Court
Office of the Clerk
Tony Anastas, Clerk of Court
U.S. Courthouse
1550 Main Street
Springfield, Mass. 01103

**Re:** Civil Action No. 04-30007-MAP/ **Notice of Appeal** on Memorandum & Order (Docket No. 8) Entered June 18, 2004.

Dear Mr. Anastas,

On June 25, 2004, I received the Order denying petitioner's Motion To Vacate, Set Aside or Correct Sentence entered on June 18, 2004. I provide for the record this here **"Notice of Appeal"** to the aforementioned Order, and request for it to filed and docketed.

Thanking you in advance for your cooperation and assistance.

Respectfully submitted,

Rafael Fontanez, Petitioner

CERTIFICATE OF SERVICE

I, Rafael Fontanez, do hereby affirm and attest that I have placed the foregoing in the prison mail box on this 25th day of June of 2004.

Rafael Fontanez, Petitioner

!