UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

FILED

U.S. DISTRICT COURT
DISTRICT OF MASS

RAFAEL FONTANEZ      ]
                     ]
        v.           ]    Civil Action No.: 04-30007-MAP
                     ]
UNITED STATES        [

---
**MOTION FOR LEAVE TO AMEND APPLICATION
FOR CERTIFICATE OF APPEALABILITY, PURSUANT TO
RULE 15(a) of FED. R. of C. PR.**
---

BY,
Rafael Fontanez, Petitioner
Rn: 90455-038
Federal Correction Facility
P.O. Box 7000 West
Ft. Dix, New Jersey 08640